*Rec# 59403*

*4b*

# UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN MICHIGAN

**Yong Yang;** )
**Hui Zhang** )
 `
**Plaintiffs**

Case: 2:07-cv-14970
Judge: Lawson, David M
Referral MJ: Majzoub, Mona K
Filed: 11-21-2007 At 09:11 AM
CMP YANG ET AL VS DEPT HOMLAND SECU
RITY ET AL (LH)

**V.**

*Michael Chertoff,* **Secretary of the Department of** )
**Homeland Security;** )
*Emilio T Gonzales,* **Director of U.S. Citizen and** )
**Immigration Services;** )
*Robert S. Mueller, III,* **Director of Federal Bureau of** )
**Investigation** )
 )
**Defendants** )
 )
_____ )

## PLAINTIFFS' ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS & DECLARATORY JUDGEMENT

NOW come the Plaintiffs, Yong Yang and Hui Zhang, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of the I-485 Applications filed by the Plaintiffs, Yong Yang and Hui Zhang. The applications were filed and remain within the jurisdiction of the Defendants, who have improperly handled and delayed processing the applications to Plaintiffs' detriment.

## PARTIES

2. Plaintiff, Yong Yang, resides at 38647 Sturbridge Drive, Sterling Heights, MI 48310, alien number A097 614 031, is the primary applicant of an I-485, Application to Register Permanent Resident (or Adjustment of Status) along with his wife, Plaintiff, Hui Zhang, resides too at 38647 Sturbridge Drive, Sterling Heights, MI 48310, alien number A097

1

614 032, as the derivative beneficiary, filed with the USCIS on January 15, 2004.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T Gonzales is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State and the U.S Citizenship & Immigration Services. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiffs reside.

## EXHAUSTION OF REMEDIES

1. The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied the USCIS and FBI documents that clearly establish their eligibility to Register Permanent Resident or Adjust Status. The Plaintiffs also keep contacting USCIS and FBI and seeking assistants from Senators, Congressman, USCIS Ombudsman, and even First

2

Lady Laura Bush to try to get it solved. However, as the date of this filing, 3 years and 10 months have passed and plaintiffs' cases are still pending.

## CAUSE OF ACTION

2. Plaintiffs properly filed and applied through the primary applicant's employer for I-485, Application to Register Permanent Resident (or Adjustment of Status), pursuant to Section 245 of the Immigration & Naturalization Act on January 15, 2004. Attached hereto as **Exhibit A** are acknowledgement documents by the USCIS.

3. These petitions along with an I-140 approval and supporting documentation were filed by the plaintiffs, Yong Yang and Hui Zhang, through Yong's company lawyer on January 15, 2004. Since then, plaintiffs have already been through 4 Fingerprinting processes and submitted to USCIS when they were filed in 2004, 2005, 2006, and 2007. Plaintiff, Yong Yang, has already used 4 EAD (Employment Authorization Department) cards and 3 Travel Parole (called "Advanced Parole") Applications that were granted to him by USCIS. As of today, he has applied the 5th EAD and the 4th Advanced Parole. Meanwhile, Plaintiff, Hui Zhang, has applied 2 EAD cards and 1 Advanced Parole.

4. Since September 9, 2005, Plaintiffs have been contacting USCIS many times about the case status to figure out why the processing of their cases has been delayed. But they have not yet received any definitive responses or relief.

5. Concerned about his application and that of derivative beneficiary, on September 9, 2005, Plaintiff, Yong Yang, called USCIS Nebraska Service Center inquiring about his and his wife's cases and the reason for them being outside processing time. The USCIS Nebraska Service Center on September 10, 2005 replied to this inquiry and mentioned that these cases were under security checks. Attached hereto as **Exhibit B**.

6. Based on the reply in **Exhibit B**, Plaintiff requested Senator's assistances from the offices of Sen. Carl Levin and Sen. Debbie Stabenow to follow up on the cases.

7. Plaintiffs sent letter to Sen. Carl Levin asking for his help on checking their cases with USCIS. The office of Sen. Levin initiated an inquiry and on March 09, 2006 received a reply from USCIS Nebraska Service Center. It revealed that the FBI name check on the plaintiff Yong has not been completed. Attached hereto as **Exhibit C**.

8. Plaintiffs also sent letter to Sen. Debbie Stabenow asking for her help. The office of Sen. Stabenow initiated an inquiry and on April 19, 2006 received a reply from USCIS District Director Carol Jenifer. It revealed that the FBI name check on the plaintiff Yong Yang was requested on January 29, 2004 and has not been completed. Further more, the office of Sen. Stabenow also contacted the FBI regarding the name check and on June 9, 2006 forward the plaintiffs the reply from the FBI's National Name Check Program. This reply confirmed that the request for name check on Plaintiff Yong Yang was received on

3

January 29, 2004 from USCIS and it was pending. Attached hereto as **Exhibit D**.

9. On April 17, 2006 plaintiff, Yong Yang, called USCIS Nebraska Service Center again inquiring about his and his wife's cases and the reason for them being outside processing time. The USCIS Nebraska Service Center on April 18, 2006 replied to this inquiry and said that they had to perform additional review and this had caused a longer processing time. Attached hereto as **Exhibit E**.

10. Four months later, on August 14, 2006, plaintiff, Yong Yang, called USCIS Nebraska Service Center again inquiring about the status of his and his wife's cases. The USCIS Nebraska Service Center on August 15, 2006 replied to this inquiry and said that the required investigation into plaintiff Yong Yang's background remained open. Attached hereto as **Exhibit F**.

11. In August 2006, Plaintiff Yong Yang started to seek assistance from the office of Congressman Sander Levin, who is the congressional representative for the district that plaintiffs live in. On September 1, 2006 plaintiff Yong Yang received an e-mail from Congressman Sander Levin's office saying that they faxed a letter to the FBI to ask for a status update and will contact plaintiff Yong Yang if any information is received. However, plaintiffs never received any further information from them. Attached hereto as **Exhibit G**.

12. On October 4, 2006, Plaintiff Yong Yang faxed a letter to Sen. Carl Levin requesting him to check their name check status with FBI. The office of Sen. Levin did and on November 21, 2006 sent a letter to plaintiff Yong Yang. It said that the FBI name check was still pending on plaintiff Yong Yang and the senator was unable to expedite name checks. Attached hereto as **Exhibit H**.

13. On December 7, 2006, Plaintiff Yong Yang called USCIS Nebraska Service Center again inquiring about his case and the reason for them being outside processing time. The USCIS Nebraska Service Center on December 8, 2006 replied via e-mail to this inquiry and said that the required investigation into Plaintiff Yong Yang's background remains open. Attached hereto as **Exhibit I**.

14. Realized contacting USCIS is not improving the process of their cases, Plaintiff Yong Yang on December 15, 2006 sent a letter to the USCIS Ombudsman for assistance. On January 5, 2007, the USCIS Ombudsman reply a letter saying he initiated a formal inquiry with USCIS and USCIS should response within forty-five days. Attached hereto as **Exhibit J**.

15. However, by February 22, 2007 forty-five days have passed, Plaintiffs still have not received any response from USCIS. So, Plaintiff Yong Yang wrote the USCIS Ombudsman to complain about it. On March 12, 2007, Plaintiff Yong Yang received a reply from the USCIS Ombudsman. This letter was in reply to Plaintiff's complaint about USCIS. It said they have initiated a second inquiry with USCIS. On March 14, 2007, the

USCIS Headquarter sent Plaintiff Yong Yang a reply regarding the case status. According to it, the case is still pending. Attached hereto as **Exhibit K**.

16. Meanwhile, on February 26, 2007, Plaintiff Yong Yang called USCIS Nebraska Service Center again inquiring the status of his and his wife's cases. The USCIS Nebraska Service Center on February 27, 2007 replied to this inquiry and said that the required investigation into Plaintiff Yong Yang's background remains open and the application had been delayed. Defendants have shown no signs of assistance in any way or form to assist in the Plaintiffs' issue. Defendants have truly no interest in adjudicating the Plaintiffs' cases anytime soon. Attached hereto as **Exhibit L**.

17. On May 22, 2007. Plaintiffs, Yong Yang and Hui Zhang, went to the USCIS Detroit local office to inquiry about their cases. However, the immigration officer declined to provide more information, and only said the plaintiffs' cases are in Nebraska Service Center, not in local office. Attached hereto as **Exhibit M**.

18. Hearing that contacting the First Lady Laura Bush might help, Plaintiffs, Yong Yang and Hui Zhang, On May 23, 2007 wrote the First Lady Laura Bush requesting her help on contacting the FBI. Two months later, on July 26, 2007, the FBI replied the Plaintiff Yong Yang in a letter. In the letter, the FBI said Plaintiff Hui Zhang's name check request was processed and finalized on October 4, 2004, but Plaintiff Yong Yang's name check request was still pending. Attached hereto as **Exhibit N**.

19. On May 29, 2007, the USCIS announced that starting from July 30, 2007 it will raise the fees for most of the immigration applications. According to the new fee schedule, the application fee for EAD (I-765) renewal will increase from $180 to $340 and the application fee for Advanced Parole (I-131) renewal will increase from $170 to $305. Given the fact that Plaintiffs have to renew these applications annually, the financial burden has dramatically increased.

20. On June 19, 2007, Plaintiff Yong Yang called USCIS Nebraska Service Center again inquiring the status of his case. The USCIS Nebraska Service Center on July 3, 2007 replied to this inquiry and said that the required investigation into Plaintiff Yong Yang's background remains open and the application had been delayed. This is the exactly same answer they have been giving to Plaintiffs many times. Defendants have shown no signs of assistance in any way or form to assist in the Plaintiffs' issue. Attached hereto as **Exhibit O**.

21. The Plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.
    a. Specifically, Plaintiff Yong Yang and his derivative beneficiary, Hui Zhang, have been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.
    b. Plaintiff Hui Zhang, currently unemployed, has found that it is hard for her to plan

her education in US because she has to pay the much higher international tuitions without permanent resident status. It is hard for her to make any career planning.

c. Plaintiff Yong Yang, currently employed by Siemens UGS PLM Software, has found it hard for him to make any career planning because of the non-permanent-resident status.

22. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiffs' cases. Defendants have not even setup any interview with the Plaintiffs since the filing of the I-485 applications on January 15, 2004.

23. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants actions in adjudicating the Plaintiffs' cases have clearly gone beyond the expected 570 to 600 days processing time they promised on the I-485 receipts. Plaintiffs' cases have been pending for over 1400 days by now.

24. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiffs' I-485 Applications after the Plaintiffs had submitted properly executed applications. It has been 46 months since the Plaintiffs have filed their I-485 applications.

25. Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiffs have done everything to get their cases adjudicated but the Defendants have clearly not given the Plaintiffs any form of relief.

26. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

## PRAYER

27. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

a. requiring Defendants to immediately adjudicate Plaintiffs' applications for action on approved petitions;

b. requiring Defendants to provide the Plaintiffs with Notice of Approvals;

c. granting such other relief at law and in equity as justice may require.

6

Respectfully Submitted,

Yong Yang

Hui Zhang
Petitioners, **PRO SE**
38647 Sturbridge Drive
Sterling Heights, MI 48310
Telephone (586)979-8823
Facsimile (248)455-0001
hyyz@yahoo.com

7

**EXHIBIT A**

**USCIS Receipt Notices**

**USCIS Nebraska Service Center**
**Processing date posted January 15, 2004**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-04-072-52938 | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|
| **RECEIVED DATE**<br>January 15, 2004    **PRIORITY DATE** | **APPLICANT**   A97 614 031<br>YANG, YONG |
| **NOTICE DATE**<br>January 16, 2004    **PAGE**<br>1 of 1 | |

STEVEN M. LADIK ESQ
JENKENS & GILCHRIST PC
1445 ROSS AVENUE SUITE 3200
DALLAS TX 75202

**Notice Type:** Receipt Notice

**Amount received:** $ 305.00
Section: Adjustment as direct
          beneficiary of immigrant
          petition

The above application or petition has been received. It usually takes 570 to 600 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-04-072-52966 | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|---|
| RECEIVED DATE January 15, 2004 | PRIORITY DATE | APPLICANT   A97 614 032 ZHANG, HUI | |
| NOTICE DATE January 16, 2004 | PAGE 1 of 1 | | |

STEVEN M. LADIK ESQ
JENKENS & GILCHRIST PC
1445 ROSS AVENUE SUITE 3200
DALLAS TX 75202

**Notice Type:** Receipt Notice

Amount received: $ 305.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 570 to 600 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 09/07/93) N

**EXHIBIT B**

**USCIS Letter regarding case status inquiry**

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



## U.S. Citizenship and Immigration Services

Saturday, September 10, 2005

YONG YANG
38647 STURBRIDGE DR
STERLING HEIGHTS MI 48310

Dear YONG YANG:

On 09/09/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | The applicant |
| Attorney Name: | Information not available |
| Case type: | I485 |
| Filing date: | 01/15/2004 |
| Receipt #: | LIN-04-072-52938 |
| Beneficiary (if you filed for someone else): | YANG, YONG |
| Your USCIS Account Number (A-number): | A097614031 |
| Type of service requested: | Case Status - Outside Processing Time |

The status of this service request is:

In processing applications for immigration benefits, the United States Citizenship and Immigration Service is making national security our top priority. USCIS has added security checks to the processing of all applications to help ensure that those who receive immigration benefits have come to join the American people in building a better society and not to do harm to them. But whatever short-term impact these additional checks will have on processing will not interfere with the Administration s long-term goal of eliminating processing backlogs and meeting a six-month processing standard for all immigration benefit applications. The employees of USCIS are committed to address our nation s security needs while also maintaining our country s openness to those who seek the freedom and opportunity that the United States has to offer. LIN 04 072 52938 and LIN 04 072 52966 are currently undergoing such checks. Please allow more time. The address did not need changing.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT C**

**Letter from Senator Carl Levin regarding case status**

CARL LEVIN
MICHIGAN

RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-2202
(202) 224-6221

COMMITTEES:
ARMED SERVICES
GOVERNMENTAL AFFAIRS
SMALL BUSINESS
INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-2202

March 14, 2006

Mr. Yong Yang
38647 Sturbridge Dr
Sterling Heights, MI 48310

Dear Mr. Yang:

I am writing to provide you with information regarding your concerns with the U.S. Citizenship and Immigration Services.

Enclosed is the response that I received from the Nebraska Service Center. As you will note, your case will be adjudicated once the mandatory Federal Bureau of Investigation name check is completed. Please contact my aide, Lisa Weinstein, in my Detroit office with any additional questions or concerns.

I appreciate you sharing this matter with me.

Sincerely,

Carl Levin

CL:lw
Enclosure

**STATE OFFICES**

DETROIT
477 MICHIGAN AVENUE
SUITE 1860
DETROIT, MI 48226
(313) 226-6020

ESCANABA
524 LUDINGTON STREET
SUITE LL-103
ESCANABA, MI 49829
(906) 789-0052

GRAND RAPIDS
FEDERAL BUILDING
SUITE 720
110 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503
(616) 456-2531

LANSING
124 WEST ALLEGAN STREET
SUITE 1810
LANSING, MI 48933
(517) 377-1508

SAGINAW
ROOM 402
515 NORTH WASHINGTON AVENUE
SAGINAW, MI 48607
(989) 754-2494

TRAVERSE CITY
107 CASS STREET
SUITE E
TRAVERSE CITY, MI 49684
(231) 947-9569

WARREN
30500 VAN DYKE AVENUE
SUITE 206
WARREN, MI 48093
(586) 573-9145

**Weinstein, Lisa (Levin)**

**From:** Congressional, Nebraska
**Sent:** Thursday, March 09, 2006 11:35 AM
**To:** Weinstein, Lisa (Levin)
**Subject:** #15192 MI I-485EB YONG YANG A97 614 031

Lisa,

RE:    YONG YANG
        A97 614 031
        I-485, Application to Register Lawful Permanent Residence or Adjust Status
        LIN-04-072-52938

The application for a second preference employment visa (EB2) chargeable to China was received by the Service on January 15, 2004. The priority date for visa issue as established by the labor certification accompanying the approved Form I-140, Petition for Alien Worker, LIN-03-257-54318, is March 7, 2002.

Fingerprints were completed in February, however the FBI name check has not yet been completed.

As soon as all administrative requirements have been completed, the case will be sent for officer assignment and adjudication.

Barbara
Congressional Liaison
Department of Homeland Security
US Citizenship and Immigration Services
Nebraska Service Center

**EXHIBIT D**

**Letters from Senator Debbie Stabenow regarding case status**

DEBBIE STABENOW
MICHIGAN

AGRICULTURE, NUTRITION, AND FORESTRY
BANKING, HOUSING, AND URBAN AFFAIRS
BUDGET

# United States Senate

WASHINGTON, DC 20510–2204

April 20, 2006

Mr. Yong Yang
38647 Sturbridge Drive
Sterling Heights, MI 48310

I am writing . . .

. . . in reference to your inquiry about your pending FBI name check.

I have sent a letter to the Federal Bureau of Investigation on your behalf.  As soon as I hear back
from them, I will let you know their findings.

In the interim, please contact Christina Riley at my Southeast Michigan office at 313-961-4330 if
you have additional questions or concerns.

Sincerely,

Debbie Stabenow
United States Senator

DS:cj

District *Director*

**U.S. Department of Homeland Security**
333 Mt. Elliott
Detroit, MI 48207



**U.S. Citizenship
and Immigration
Services**

April 19, 2006

A97 614 031

Honorable Debbie Stabenow
United States Senator
243 W. Congress, Suite 550
Detroit, MI 48226

Dear Senator Stabenow:

Thank you for your inquiry concerning the Application To Register Permanent Residence Or Adjust Status, Form I-485, submitted by Yong Yang.

The I-485 application is currently pending at the Nebraska Service Center. The mandatory name check was requested on January 29, 2004 and still has not cleared. Because it has not cleared, the adjudicating officer is precluded from issuing a decision on the application. Once it does clear, as long as a visa number is available and 15 months have not elapsed since the fingerprints were last taken, it will be possible for the adjudicating officer to issue a decision.

You may wish to contact the Nebraska Service Center directly for adjudication information once the name check does clear.

I trust this is helpful to you.

Sincerely,

Carol Jenifer
District Director

DEBBIE STABENOW
MICHIGAN

AGRICULTURE, NUTRITION, AND FORESTRY
BANKING, HOUSING, AND URBAN AFFAIRS
BUDGET
SPECIAL COMMITTEE ON AGING

# United States Senate

WASHINGTON, DC 20510–2204

June 9, 2006

Mr. Yong Yang
38647 Sturbridge Drive
Sterling Heights, MI 48310

I am writing . . .

. . . in response to your inquiry regarding your pending FBI name check.

Recently, I received a letter from the Federal Bureau of Investigation in response to your concerns. I have enclosed a copy of the letter, and hope it is helpful in explaining their determination.

Thank you for contacting my office. Please do not hesitate to do so again whenever I can be of assistance to you.

Sincerely,

Debbie Stabenow
United States Senator

DS:C2

A review of the Federal Bureau of Investigation's Name Check Program database concerning Yong Yang revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) on 01/29/2004, and is currently in a pending status.

While an exact date for completion of this review cannot be given, please be assured that the results will be made available to the immigration authorities as expeditiously as possible. The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. This means that there are instances when the FBI's review of a name check request must require as much time as needed to obtain an unequivocally correct result.

Sincerely,
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

**EXHIBIT E**

**USCIS Letter regarding case status inquiry**

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Tuesday, April 18, 2006

YONG YANG
38647 STURBRIDGE DR
STERLING HEIGHTS MI 48310

Dear YONG YANG:

On 04/17/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/15/2004 |
| **Receipt #:** | LIN-04-072-52938 |
| **Beneficiary (if you filed for someone else):** | YANG, YONG |
| **Your USCIS Account Number (A-number):** | A097614031 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT F**

**USCIS Letter regarding case status inquiry**

U.S. Department of Homeland Security

Nebraska Service Center

P.O. Box 82521

Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Tuesday, August 15, 2006

YONG YANG

38647 STURBRIDGE DR

STERLING HEIGHTS MI 48310

Dear YONG YANG:

On 08/14/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/15/2004 |
| **Receipt #:** | lin-04-072-52938 |
| **Beneficiary (if you filed for someone else):** | YANG, YONG |
| **Your USCIS Account Number (A-number):** | A97614031 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U. S. CIS - 08-15-2006 08:47 AM EDT - lin-04-072-52938

**EXHIBIT G**

**Letters from the Office of Congressman Sander Levin
regarding case status**

# YAHOO! MAIL

**From:** "Hughes, Erin" <erin.hughes@mall.house.gov>

**To:** "'hyyz@yahoo.com'" <hyyz@yahoo.com>

**Subject:** Name Check

**Date:** Fri, 1 Sep 2006 16:11:51 -0400

Dear Mr. Yang:

Thank you for your e-mail regarding the delays you and your wife are experiencing with the FBI's name check process. Unfortunately, there is very little our office can do in terms of gathering information about pending name checks or finding a time line in which they should be processed. I faxed a letter to the FBI to ask for a status update, however, and our office will contact you if any information is received.

I cannot imagine how frustrating this is for you and your wife and regret that more information cannot be provided at this time. I will be leaving the office today, so please direct any follow-up inquiries to (586) 498-7122 in lieu of responding to this e-mail.

Regards,
Erin Hughes
Office of Congressman Sander Levin

27085 Gratiot Avenue
Roseville MI 48066
586.498.7122
586.498.7123 fax
erin.hughes@mail.house.gov

**EXHIBIT H**

**Letter from Senator Carl Levin regarding name check status**

CARL LEVIN
MICHIGAN

RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2202
(202) 224-6221

COMMITTEES:
ARMED SERVICES
GOVERNMENTAL AFFAIRS
SMALL BUSINESS
INTELLIGENCE

# United States Senate
## WASHINGTON, DC 20510–2202

November 21, 2006

Mr. Yong Yang
38647 Sturbridge Drive
Sterling Heights, MI 48310

Dear Mr. Yang:

I am writing to provide you with information regarding your concerns with the U.S. Citizenship and Immigration Services (USCIS).

According to the USCIS, your application is on hold until it receives the results of the mandatory Federal Bureau of Investigation (FBI) name check. My staff contacted the FBI and verified that your case is still pending. Please note that the FBI is working to process all name check requests as quickly as possible; however, some cases are taking at least one year to resolve. Unfortunately, I am unable to expedite name checks. I have been assured that the USCIS will contact you when it is able to proceed with your case.

I realize this is disappointing and regret that I cannot provide a more favorable response. Should you have concerns regarding the federal government in the future, please do not hesitate to contact my office once again.

Thank you for sharing this matter with me.

Sincerely,

Carl Levin

CL/jf

STATE OFFICES

DETROIT
477 MICHIGAN AVENUE
SUITE 1860
DETROIT, MI 48226
(313) 226-6020

ESCANABA
524 LUDINGTON STREET
SUITE LL 103
ESCANABA, MI 49829
(906) 789-0052

GRAND RAPIDS
FEDERAL BUILDING
SUITE 720
110 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503
(616) 456-2531

LANSING
124 WEST ALLEGAN STREET
SUITE 1810
LANSING, MI 48933
(517) 377-1508

SAGINAW
ROOM 402
515 NORTH WASHINGTON AVENUE
SAGINAW, MI 48607
(989) 754-2494

TRAVERSE CITY
107 CASS STREET
SUITE E
TRAVERSE CITY, MI 49684
(231) 947-9569

WARREN
30600 VAN DYKE AVENUE
SUITE 206
WARREN, MI 48093
(586) 573-9145

**EXHIBIT I**

**USCIS e-mail regarding case status inquiry**

# YAHOO! MAIL

Print - Close Window

**Date:**     Thu, 07 Dec 2006 12:45:32 -0500 (EST)

**From:**     "CRIS" <USCIS-SRMT@dhs.gov>

**Subject:**  Your recent inquiry (receipt #LIN-04-072-52938)

**To:**       HYYZ@YAHOO.COM

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

U.S. Citizenship and Immigration Services
Thursday, December 7, 2006

Emailed to HYYZ@YAHOO.COM

Dear M. YANG:

On 12/06/2006 you, or the designated representative shown below,
contacted us about your case.  Some of the key information given to us at
that time was the following:

Caller indicated they are:
 -- The applicant

Attorney Name:
 -- Information not available

Case type:
 -- I485

Filing date:
 -- 01/15/2004

Receipt #:
 -- LIN-04-072-52938

Beneficiary (if you filed for someone else):
 -- YANG, YONG

Your USCIS Account Number (A-number):
 -- A097614031

Type of service requested:
 -- Case Status - Outside Processing Time


The status of this service request is:

The processing of your case has been delayed.  A check of our records
establishes that your case is not yet ready for decision, as the
required  investigation into your background remains open.

Until the background investigation is completed, we cannot move forward
on your case.  These background checks are required to be completed on
all applicants who apply for the immigration benefit you are seeking.

Case 2:07-cv-14930-DML-MKM

We will make every effort to make a decision on this case as soon as the
background checks are complete.  If you do not receive a decision or
other notice of action from us within 6 months of this letter, please
contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer
Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and
who is over the age of 14 must also notify the Department of Homeland
Security within 10 days from when they move (persons in "A" or "G"
nonimmigrant status are exempt from this requirement).  If you have moved,
please complete a Form AR-11 and mail it to the address shown on that form.
If you do not have this form, you can download it from our website or
you can call the National Customer Service Center at 1-800-375-5283 and
we can order one for you.  If you move, please call us with your new
address information as soon as your move is complete.  If you have
already called us and given us this information, you do not need to call
again.


U.S. Citizenship and Immigration Services

**EXHIBIT J**

**Letters from USCIS Ombudsman regarding case issue**



*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

January 5, 2007

Mr./Mrs. Yong Yang
38647 Sturbridge Dr.
Sterling Heights, MI 48310-2955

Dear Mr./Mrs. Yang:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/raa

**EXHIBIT K**

**Letters from USCIS Ombudsman regarding case status**

*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland
# Security

March 12, 2007

Mr./Ms. Yong Yang
38647 Sturbridge Dr.
Sterling Heights, MI 48310-2955

Dear Mr./Ms. Yang:

Thank you for your recent inquiry to the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) regarding your immigration issue.

You indicate that you have not received a response from the United States Citizenship and Immigration Services (USCIS) within forty-five (45) days of our inquiry. Therefore, we have initiated a second inquiry that will address this delay. Additionally, we have requested expedited handling of the matter, and a response should be forthcoming.

Once again, thank you for contacting the office of the CIS Ombudsman, and giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

U.S. Department of Homeland Security
Washington. DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

**MAR 1 4 2007**

Mr. Yong Yang
38647 Sturbridge Drive
Sterling Heights, MI 48310

Dear Mr. Yang:

Thank you for your letter dated December 15, 2006, to the U.S. Citizenship and Immigration
Services Ombudsman (CISO). Your letter concerning your Form I-485, Application to Register
Permanent Residence or Adjust Status, was assigned case # 611505 and forwarded to the
Customer Assistance Office for a response.

Mr. Yang, after careful review of the concerns addressed in your letter, the Customer Assistance
Office was able to obtain status information regarding your adjustment of status case.   A check
of our records establishes that your Form I-485, Application to Register Permanent Residence or
Adjust Status case is not yet ready for decision, as the required investigation into your
background remains open. Until the background investigation is completed, we cannot move
forward on your case.

Also, our database shows that on December 7, 2006, the Nebraska Service Center responded to
you via-e-mail with a response notice on the status of your pending Form I-485, Application to
Register Permanent Residence or Adjust Status case.  For your records a duplicate copy of the
response notice has been submitted with this letter.

These background checks are required to be completed on all applicants who apply for the
immigration benefit you are seeking. We will make every effort to make a decision on your case
as soon as the background checks are complete.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:    Fact Sheet, "Immigration Security Checks – How and Why the Process Works"
               USCIS Update "USCIS Clarifies Criteria to Expedite FBI Name Check"

www.uscis.gov

**EXHIBIT L**

**USCIS Letter regarding case status inquiry**



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

Tuesday, February 27, 2007

YONG YANG
38647 STURBRIDGE DR
STERLING HEIGHTS MI 48310

Dear YONG YANG:

On 02/26/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/15/2004 |
| **Receipt #:** | lin-04-072-52938 |
| **Beneficiary (if you filed for someone else):** | YANG, YONG |
| **Your USCIS Account Number (A-number):** | A97614031 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-27-2007 10:38 AM EST - lin-04-072-52938

**EXHIBIT M**

**Appointment of plaintiffs' USCIS Detroit local office visit**



**Name:** **Yong Yang**

**Appointment Question about case
Type:**

**Confirmation DET-07-7818
No.:**

**Authentication bf7b
Code:**

**Appointment May 22, 2007
Date:**

**Appointment 9:00
Time: AM**

**Location:** **260 MT. ELLIOT, Detroit, MI 48207; LOBBY**

## This is your Confirmation Number:



# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## 56422

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**EXHIBIT N**

**Letters from FBI regarding name check status**



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH 600112

2 6 JUL 2007

Mr. Yong Yang
38647 Sturbridge Drive
Sterling Heights, MI 48310

Dear Mr. Yang:

Your letter dated May 23, 2007 directed to Mrs. George W. Bush concerning the name check status of you and your wife, Hui Zhang, for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database concerning Ms. Zhang revealed that her request was received from the United States Citizenship and Immigration Services (USCIS) on January 29, 2004. This submission was processed and finalized on October 4, 2004. The results were forwarded to the USCIS Headquarters, Washington, D.C.

Your request was also received from the USCIS on January 29, 2004, and is currently in process. The FBI process millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

For:   Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

**EXHIBIT O**

**USCIS Letter regarding case status inquiry**

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



# U.S. Citizenship
# and Immigration
# Services

Tuesday, July 3, 2007

YONG YANG
38647 STURBRIDGE DR
STERLING HEIGHTS MI 48310

Dear YONG YANG:

On 06/19/2007 you, or the designated representative shown below, contacted us about your case.  Some of the key
information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/15/2004 |
| **Receipt #:** | lin-04-072-52938 |
| **Beneficiary (if you filed for someone else):** | YANG, YONG |
| **Your USCIS Account Number (A-number):** | A97614031 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for
decision, as the required  investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case.  These background checks
are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make
every effort to make a decision on this case as soon as the background checks are complete.  If you do not receive a
decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer
service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify
the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant
status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the
address shown on that form.  If you do not have this form, you can download it from our website or you can call the
National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us
with your new address information as soon as your move is complete.  If you have already called us and given us
this information, you do not need to call again.

U.S. Citizenship and Immigration Services

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET  County in which this action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

YANG, Yong  ;  ZHANG, Hui

## DEFENDANTS

Michael Chertoff,
Emilio T. Gonzalez
Robert S. Mueller, III

**(b)** County of Residence of First Listed Plaintiff  Macomb
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff
(For Diversity Cases Only)

Case: 2:07-cv-14970
Judge: Lawson, David M
Referral MJ: Majzoub, Mona K
Filed: 11-21-2007 At 09:11 AM
CMP YANG ET AL VS DEPT HOMLAND SECU
RITY ET AL (LH)

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| &Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Determination Under |
| | Employment | ☐ 550 Civil Rights | | | Access to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Select One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1361   28 USC 1391

Brief description of cause:
Mandamus Action to Compel USCIS to adjudicate green card applications

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   11, 21, 07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes
                                                                            ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously      ☐ Yes
        discontinued or dismissed companion cases in this or any other
        court, including state court? (Companion cases are matters in which    ☐ No
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :